**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**JAMAAL ROBINSON, Individually and on
Behalf of PAYTON HERRING, a Minor**        **PLAINTIFF**

**v.**        **CIVIL ACTION NO. 4:13CV00066-NBB-JMV**

**CITY OF RULEVILLE., ET AL.,**        **DEFENDANTS**

**ORDER**

Today the court conducted an in-person status conference with counsel for the parties in response to Defendants' Emergency Motion to Quash a 30(b)(6) deposition notice [55]. Consistent with the oral ruling of the court during the conference, the motion is granted in part and denied in part as expressly outlined by the court during said conference.

**IT IS FURTHER ORDERED** that because the court determined that attorneys for Plaintiff failed to confer in good faith to resolve the issues that made the basis of the motion to compel, in direct contravention of this court's express order during a prior status conference on 1/22/14 and the Local Rules, sanctions shall be awarded against counsel for Plaintiff in the form of the reasonable fees and expenses of defense counsel in preparing the motion to quash, attending today's conference, and traveling to and from the conference. Counsel for Defendant shall file an affidavit of itemized fees and expenses within fourteen (14) days of this date. Counsel for Plaintiff may file any response to defense counsel's affidavit within seven (7) days of the filing of the affidavit.

**THIS** 30th day of January, 2014.

                                                                                              /s/ Jane M. Virden
                                                                                              U. S. Magistrate Judge